IN RE:  MEDICAL REVIEW PANEL PROCEEDINGS OF TRAVIS PORCHE (D); PCF FILE NO. 2021-00615

\*      NO. 2024-C-0791

\*      COURT OF APPEAL

\*      FOURTH CIRCUIT

\*      STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

*DLD*     **DYSART, J., CONCURS IN THE RESULT**